AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma

| | | |
|---|---|---|
| FANSTEEL METALS, INC., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   22-CV-00366-KEW |
| CITIGROUP INC.; and UNION CARBIDE CORP., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Citigroup Inc.

Date:   03/06/2023

s/Linda C. Martin
*Attorney's signature*

Linda C. Martin, OBA #5732
*Printed name and bar number*

Doerner, Saunders, Daniel & Anderson
2 W. 2nd Street, Suite 700
Tulsa, OK 74103
*Address*

lmartin@dsda.com
*E-mail address*

(918) 591-5307
*Telephone number*

(918) 925-5307
*FAX number*