AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Oklahoma

| | |
|---|---|
| FANSTEEL METALS, INC., f/k/a FMRI, INC. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. CIV-22-366-KEW |
| CITIGROUP, INC., and UNION CARBIDE CORP. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

UNION CARBIDE CORPORATION   .

Date:   03/07/2023

s/Garrett L. Boehm, Jr.
*Attorney's signature*

Garrett L. Boehm, Jr., IL Bar No. 6269438
*Printed name and bar number*

c/o Johnson & Bell, Ltd.
33 W. Monroe St., Suite 2700
Chicago, Illinois 60603
*Address*

boehmg@jbltd.com
*E-mail address*

(312) 372-0770
*Telephone number*

(312) 372-9818
*FAX number*