AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Oklahoma

| | |
|---|---|
| FANSTEEL METALS, INC., <br> *Plaintiff* <br> v. <br> CITIGROUP INC.; and UNION CARBIDE CORP., <br> *Defendant* | Case No.  22-CV-00366-KEW |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Citigroup Inc.

Date:   03/14/2023

s/William C. Anderson
*Attorney's signature*

William C. Anderson, OBA #292
*Printed name and bar number*

Doerner Saunders Daniel & Anderson
2 W. 2nd Street, Suite 700
Tulsa, OK  74103

*Address*

wanderson@dsda.com
*E-mail address*

(918) 591-5283
*Telephone number*

(918) 925-5283
*FAX number*