IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| FANSTEEL METALS, INC., | Plaintiff(s), | |
| vs. | | Case No.: CIV-22-366-GLJ |
| CITIGROUP INC., et al., | Defendant(s). | |

**PROPOSED SCHEDULING ORDER**

| | | |
|---|---|---|
| 1. | 5/1/2023 | MOTIONS FOR JOINDER OF ADDITIONAL PARTIES &/OR AMENDMENT TO PLEADINGS (Filed of Record) |
| 2. | 7/31/2023 | EXCHANGE OF PRELIMINARY WITNESS LISTS AND PROPOSED EXHIBITS (Not Filed of Record) |
| 3a. | 7/14/2023 | EXPERT IDENTIFICATION AND REPORTS under Federal Rules Civil Procedure 26(a)(2) (Not Filed of Record) |
| 3b. | 8/11/2023 | REBUTTAL EXPERT IDENTIFICATION AND REPORTS (Not Filed of Record) |
| 4. | 8/28/2023 | DISPOSITIVE MOTIONS CUTOFF Responses and Replies Per Local Rule (Filed of Record) |
| 5. | 9/12/2023 | DISCOVERY CUTOFF – Discovery Requests Must be Served 30 Days in Advance of this Date |
| **6.** | **X** | **SETTLEMENT CONFERENCE REQUESTED AFTER** |
| 7a. | 10/4/2023 | MOTIONS IN LIMINE and DAUBERT MOTIONS CUTOFF (Only One combined motion per party is allowed, without prior leave of Court. Attorney Meeting to Confer to Resolve Evidentiary Issues Required before Filing Motion in Limine) |
| 7b. | 10/18/2023 | RESPONSES TO MOTIONS IN LIMINE and DAUBERT MOTIONS |
| 7c. | 10/25/2023 | REPLIES TO MOTIONS IN LIMINE and DAUBERT MOTIONS |
| 8a. | 10/24/2023 | DEPOSITION/VIDEOTAPED/INTERROGATORY DESIGNATIONS (Filed of Record with Deponent Name, Page, and Line Designations) |
| 8b. | 11/3/2023 | COUNTER-DESIGNATIONS (Filed of Record with Deponent Name, Page, and Line Designations) |
| 8c. | 11/10/2023 | OBJECTIONS TO DESIGNATIONS (Attorney Meeting to Confer to Resolve Objections Required before Filing. Filed Without Transcript) |
| 8d. | 11/10/2023 | TRANSCRIPTS ANNOTATED WITH OBJECTIONS (Submit in Hard Copy to Court) |
| 9. | 1/9/2024 | PRETRIAL DISCLOSURES - (Under Federal Rule Civil Procedure 26(a)(3) (Filed of Record) |
| 10. | 1/9/2024 | EXCHANGE OF PRE-MARKED EXHIBITS (Not Filed of Record) |
| 11. | 1/22/2024 | AGREED PROPOSED PRETRIAL ORDER - Attorney Conference to Include Agreed Joint Statement of the Case, Stipulations and Final Witness and Exhibit Lists (Submitted Through CM/ECF Proposed Order Intake Box) |
| **12.** | | **PRETRIAL CONFERENCE at** |
| 13. | 2/8/2024 | TRIAL BRIEFS, REQUESTED JURY INSTRUCTIONS and VOIR DIRE (Filed of Record) |
| 14. | 2/8/2024 | EXCHANGE OF DEMONSTRATIVE EXHIBITS |
| **15.** | **2/20/2024** | **TRIAL DATE: [x] JURY at 9:00 a.m.**        ESTIMATED TRIAL TIME _____ |
| 16. | | PROPOSED FINDINGS OF FACTS AND CONCLUSIONS OF LAW (Filed of Record) |

    IT IS ORDERED that no date set by this Order can be changed except for good cause and upon written Order of this Court prior to the date scheduled. Counsel should not assume that the amount of time between discovery deadline and start of trial is an invitation to request an extension of deadlines while keeping the trial date as set. Any request for extension of time will likely affect the trial setting.

This Order is entered this _____ day of March, 2023.

_____
GERALD L. JACKSON
UNITED STATES MAGISTRATE JUDGE