UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| FANSTEEL METALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.   CIV–22–366–JFH–GLJ |
| | ) | |
| CITIGROUP INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER SETTING SCHEDULING CONFERENCE
## AND REQUIRING JOINT STATUS REPORT

This case is set for Telephonic Scheduling Conference on **April 7**, **2023 at 10:45 a.m.** before U.S. Magistrate Judge Gerald L. Jackson at the U.S. Courthouse, 5th and Okmulgee Streets, Room 327, Muskogee, Oklahoma. The Court will initiate all conference calls. Counsel should inform Paige Bruce at Paige_Bruce@oked.uscourts.gov by **April 5, 2023 at 4:30 p.m.** of a telephone number where they may be reached, should it be different from the number of record in the case.

Pursuant to Fed.R.Civ.P. 26(f), the parties are to confer as soon as practicable but not less than twenty-one (21) days prior to the Scheduling Conference.   The parties are directed to prepare and submit to the Court a Joint Status Report on or before **April 3, 2023**.  Joint Status Report forms are available in the Court Clerk's office, or can be obtained from our public web site at www.oked.uscourts.gov.

Unless otherwise requested by the parties in the Joint Status Report, the Court will enter the attached Order setting forth the deadlines in this case provided all parties have consented to proceed before a Magistrate Judge.   Entry of the Agreed Scheduling Order will include an Order striking the Scheduling Conference unless a Scheduling Conference is requested by the parties.

IT IS SO ORDERED this 28th day of March, 2023.

GERALD L. JACKSON
United States Magistrate Judge