IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) FANSTEEL METALS, INC.,<br>   F/K/A FMRI, INC.<br><br>            Plaintiff,<br><br>vs.<br><br>(1) CITIGROUP, INC.; and<br>(2) CITIGROUP CORPORATION<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. CIV-22-366-KEW<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT CITIGROUP, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT [Dkt. 2]**

**COMES NOW** Defendant Citigroup, Inc. ("Citigroup") by and through its counsel of record, and, while reserving all defenses as stated in the Amended Joint Status Report, respectfully requests an extension to September 1, 2023, of its time to answer or file other responsive pleading to Plaintiff's Complaint in this case.

1. The reasons for this request are stated in fuller detail in the Amended Joint Status Report of the Parties filed on 5/22/2023, which is incorporated herein by reference. [Dkt. 31].

2. The current deadline for Citigroup to Answer or otherwise respond to Plaintiff's Petition is June 1, 2023.

3. The Parties are still awaiting the final report of U.S. EPA's third-party contractor Toeroek, and are not yet in receipt of Toeroek's final calculations or its determination of any percentage of total RWM volume at the Fansteel Site attributable to any specific Defendant. This report and analysis is necessary before proceeding with pleadings and discovery, and this Defendant, and the Parties, believe that the requested extension of time to answer or file a responsive pleading will save judicial resources, streamline this case, and may facilitate settlement discussions between the parties. *See* Dkt. 31, p. 7-8. Thus,

Citigroup submits that there is good cause for the requested extension of time to answer or file a responsive pleading to the Complaint.

4. There is currently no scheduling order in this case, and no trial has been set, and the requested extension will not have any effect on other deadlines.

5. Counsel for Plaintiff has indicated that he consents to and has no objections to Citigroup, Inc.'s requested extension of time to Answer or otherwise respond to the Complaint.

6. A proposed Order will be submitted pursuant to the Local Rules.

**WHEREFORE, PREMISES CONSIDERED**, Defendant Citigroup, Inc. respectfully requests that the Court grant Citigroup, Inc. an extension until September 1, 2023 to file its Answer or other responsive pleading. Consistent with the Joint Status Report [Dkt. 31], Citigroup, Inc. also requests that the Parties update the Court regarding the status of the case on or before August 21, 2023.

Respectfully submitted,

/s/Michael S. Linscott
William C. Anderson, OBA No. 292
Linda C. Martin, OBA No. 5732
Michael S. Linscott, OBA No. 17266
Michael J. English, OBA No. 21502
DOERNER SAUNDERS DANIEL
  & ANDERSON, L.L.P.
Two West Second Street
Tulsa, OK 74103-3522
Tel: 918.591.5307 | Fax: 918.925.5307
Email: wanderson@dsda.com
       lmartin@dsda.com
       mlinscott@dsda.com
       menglish@dsda.com

*Attorneys for Defendant Citigroup Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 31, 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Gary D. Justis | gjustis@justislawfirm.com |
| Ethan M. Sneed | esneed@richardsconnor.com |
| Garrett L. Boehm, Jr | boehmg@jbltd.com |
| Michael J. Linneman | linnemanm@jbltd.com |
| Daniel M. Yukich | yukichd@jbltd.com |

                                                                        */s/Michael S. Linscott*

6539131.1