AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma

| FANSTEEL METALS, INC., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:22-cv-00366-JFH-GLJ |
| CITIGROUP INC.; and UNION CARBIDE CORP., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Citigroup Inc.

Date: 06/01/2023

s/Michael J. English
*Attorney's signature*

Michael J. English, OBA No. 21502
*Printed name and bar number*

Doerner, Saunders, Daniel & Anderson, L.L.P.
210 Park Avenue, Suite 1200
Oklahoma City, OK 73102
*Address*

menglish@dsda.com
*E-mail address*

918.591.5249
*Telephone number*

918.925.5249
*FAX number*