IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) FANSTEEL METALS, INC., )<br>F/K/A FMRI, INC. )<br> )<br>        Plaintiff, )<br>vs. )<br> )<br>(1) CITIGROUP, INC.; and )<br>(2) UNION CARBIDE CORPORATION )<br> )<br>        Defendants. ) | Civil Action No.6:22-cv-00366-JFH-GLJ |

### MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

Michael J. English hereby requests permission to withdraw as counsel of record for Defendant Citigroup, Inc. In support, counsel states as follows:

1. Mr. English will be leaving the law firm of Doerner, Saunders, Daniel & Anderson, L.L.P. on August 2, 2024, and therefore wishes to withdraw from representing Defendant Citigroup, Inc. in this matter. The client has been given reasonable notice of Mr. English's intent to withdrawal as counsel in this matter.

2. Mr. English further certifies that a copy of this motion and any order granting the same will be served on Defendant Citigroup, Inc.

3. Defendant Citigroup, Inc. will continue to be represented by William C. Anderson, Linda C. Martin, and Michael S. Linscott of Doerner, Saunders, Daniel & Anderson, L.L.P.

4. Through this motion, counsel for all other parties in this action have been provided reasonable notice of Mr. English's intent to withdrawal, as required by Local Rule 83.5.

5. The withdrawal of Mr. English will create no delay in this case.

6. For these reasons, Michael J. English respectfully requests the Court grant him leave to withdraw his appearance as counsel for Defendant Citigroup, Inc.

7. A proposed order is submitted with this Motion.

Dated this 30th day of July, 2024.

                                    Respectfully submitted,

*/s/Michael J. English*
William C. Anderson, OBA No. 292
Linda C. Martin, OBA No. 5732
Michael S. Linscott, OBA No. 17266
DOERNER SAUNDERS DANIEL
 & ANDERSON, L.L.P.
Two West Second Street
Tulsa, OK 74103-3522
Telephone: 918.591.5307
Facsimile: 918.925.5307
Email:  wanderson@dsda.com
              lmartin@dsda.com
              mlinscott@dsda.com
              menglish@dsda.com

and

Michael J. English, OBA No. 21502
210 Park Avenue, Suite 1200
Oklahoma City, OK 73102
Telephone: 918.591.5249
Facsimile: 918.925.5249
Email: menglish@dsda.com

*Attorneys for Defendant Citigroup Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 30, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Gary D. Justis | gjustis@justislawfirm.com |
| Ethan M. Sneed | esneed@richardsconnor.com |
| Garrett L. Boehm, Jr | boehmg@jbltd.com |
| Michael J. Linneman | linnemanm@jbltd.com |
| Daniel M. Yukich | yukichd@jbltd.com |

          */s/Michael J. English*

8416000.1