IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) FANSTEEL METALS, INC., <br> F/K/A FMRI, INC. <br><br> Plaintiff, <br> vs. <br><br> (1) CITIGROUP, INC.; and <br> (2) UNION CARBIDE CORPORATION <br><br> Defendants. | Civil Action No.6:22-cv-00366-JFH-GLJ |

**DEFENDANT UNION CARBIDE CORPORATION'S ELEVENTH UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT [Dkt. 2]**

**COMES NOW** Defendant Union Carbide Corporation ("Union Carbide"), by and through its counsel of record, and, while reserving all defenses as stated in all previous status reports, extension requests, and the Twelfth Joint Status Report [Dkt. 86], respectfully requests an extension to July 13, 2026, of its time to answer or file other responsive pleading to Plaintiff's Complaint in this case. In further support thereof, Union Carbide submits the following:

1. The reasons for this request are stated in more detail in the Twelfth Joint Status Report of the Parties filed on March 2, 2026, incorporated herein by reference. [Dkt. 86.]

2. The current deadline for Union Carbide to Answer or otherwise respond to Plaintiff's Complaint is March 9, 2026. [Dkt. 85.]

3. Since the filing of the Eleventh Joint Status Report on October 31, 2025 [Dkt. 81], there has been progress regarding the Fansteel Site, which is at issue in this CERCLA action. As the Twelfth Joint Status Report more fully describes, Defendants understand from Plaintiff's counsel that EPA and DOJ have determined which Vendor Defendants (also, referred to as PRPs, potentially responsible parties) will be classified as *de minimis* Vendor Defendants and potential general and/or special notice letters from EPA to non-*de minimis* Vendor

Defendants, and Plaintiff has provided to the Defendants in this case a settlement agreement form dealing with past response costs. Plaintiff provided some of the additional documents regarding past costs on May 19, 2025, and supplemented that production on June 4, 2025 and again on October 10, 2025 and recently again in January and February, 2026. After thorough review of these documents, Citigroup and Union Carbide may seek additional documents from the Plaintiff. Again, documents recently received will need to be reviewed to properly assess settlement of this matter.

      4.      The Parties believe that it will be beneficial to continue informal document sharing, including the documentation from Fansteel noted above, while awaiting final information from the U.S. EPA's third-party contractor on the RWM calculations. Due to timing of the issues noted in the Twelfth Joint Status Report and previous status reports to the Court, evaluation of the previously presented, revised settlement agreement form, review of documentation provided and any other documents tha may be subsequently provided, and because the Parties continue to await the final report of U.S. EPA's third-party contractor, Toeroek Associates, Inc. ("Toeroek") which we understand will include final calculations or its determination of the percentage of total alleged RWM volume at the Fansteel Site attributable to specific Defendants, and because this information is necessary before proceeding with pleadings and discovery, this Defendant and the other Parties believe that the requested additional extension of time to answer or file a responsive pleading will save judicial resources, streamline this case, and may facilitate settlement discussions between the Parties. Thus, Union Carbide submits that there is good cause for the requested extension of time stated in the Twelfth Joint Status Report (March 2, 2026, Dkt. 86) for its new deadline to answer or to otherwise respond to Plaintiff's Complaint of July 13, 2026.

5.  Union Carbide previously filed an unopposed motion for an extension of time on May 31, 2023 [Dkt. 32], for reasons set out in that motion and more fully in the Second Joint Status Report filed May 22, 2023 [Dkt. 31], which the Court granted in its Minute Order of May 31, 2023, making Union Carbide's deadline to answer or otherwise respond September 1, 2023. [Dkt. 33.]

6.  Union Carbide filed a second unopposed motion for extension of time to answer or otherwise respond on or about August 22, 2023 [Dkt. 38], for the reasons stated therein and the Third Joint Status Report filed on August 21, 2023 [Dkt. 37], which was granted on August 22, 2023, making Union Carbide's deadline to answer or otherwise respond December 1, 2023. [Dkt. 39.]

7.  Union Carbide filed a third unopposed motion for extension of time to answer or otherwise respond on or about November 28, 2023 [Dkt. 44], which was granted on November 28, 2023, making Union Carbide's deadline to answer or otherwise respond April 1, 2024. [Dkt. 45.]

8.  Union Carbide filed a fourth unopposed motion for extension of time to answer or otherwise respond on or about March 22, 2024 [Dkt. 49], which was granted on March 25, 2024, making Union Carbide's deadline to answer or otherwise respond July 1, 2024. [Dkt. 50.]

9.  Union Carbide filed a fifth unopposed motion for extension of time to answer or otherwise respond on or about June 24, 2024 [Dkt. 56.], which was granted on June 24, 2024, making Union Carbide's deadline to answer or otherwise respond September 3, 2024. [Dkt. 57.]

10.  Union Carbide filed a sixth unopposed motion for extension of time to answer or otherwise respond on August 26, 2024 [Dkt. 64], which was granted on August 26, 2024, making Union Carbide's deadline to answer or otherwise respond January 6, 2025. [Dkt. 65].

11. Union Carbide filed a seventh unopposed motion for extension of time to answer or otherwise respond on December 30, 2024 [Dkt. 68], which was granted on the same day, making Union Carbide's deadline to answer or otherwise respond April 7, 2025. [Dkt. 70].

12. Union Carbide filed its Unopposed Eighth Motion for Extension of Time to Answer or Otherwise Respond to the Complaint which was granted, extending Union Carbide's deadline to Answer or Otherwise Respond to Plaintiff's Complaint to July 7, 2025. [Dkt. 75].

13. Union Carbide filed its Ninth Unopposed Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, which was granted, extending Union Carbide's deadline to Answer or Otherwise Respond to Plaintiff's Complaint to November 7, 2025. [Dkt. 80].

14. Union Carbide filed its Tenth Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, which was granted, extending Union Carbide's deadline to Answer or Otherwise Respond to Plaintiff's Complaint to March 9, 2026. [Dkt. 83].

15. The requested extension in this Eleventh Unopposed Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint is supported as stated herein and in the Eleventh Joint Status Report [Dkt. 86].

16. There is currently no scheduling order in this case, and no trial has been set, and the requested extension will not have any effect on any other deadlines.

17. Counsel for Plaintiff and counsel for Defendant Citigroup Inc. have indicated that each consent to and have no objection to Union Carbide's requested extension of time to answer or otherwise respond to the Complaint.

18. A proposed Order will be submitted pursuant to the Local Rules.

**WHEREFORE, PREMISES CONSIDERED**, Defendant Union Carbide Corporation respectfully requests that the Court grant Union Carbide Corporation an extension until July 13, 2026, to file its Answer or other responsive pleading.

Respectfully submitted,

/s/ Ethan M. Sneed
Garrett L. Boehm, Jr.* (Illinois Bar. No. 6269438)
Michael J. Linneman* (Illinois Bar. No. 6275375)
Daniel Y. Yukich* (Illinois Bar. No. 6307378)
JOHNSON & BELL, LTD.
33 W. Monroe St., Suite 2700
Chicago, Illinois 60603
Telephone: (312) 372-0770
Facsimile: (312) 372-9818
boehmg@jbltd.com
linnemanm@jbltd.com
yukichd@jbltd.com
~and~
CONNOR SMITH, PLLP
James W. Connor, Jr., OBA #12248
Ethan M. Sneed, OBA #32872
12th Floor, ParkCentre Bldg.
525 S. Main St.
Tulsa, Oklahoma 74103
Telephone: (918) 585-2394
Facsimile: (918) 585-1449
jconnor@connorsmithlaw.com
esneed@connorsmithlaw.com

*Admitted pro hac vice*
*Attorneys for Defendant Union Carbide Corp.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 3, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Gary D. Justis | gjustis@justislawfirm.com |
| *Attorneys for Plaintiff* | |
| | |
| James W. Connor, Jr. | jconnor@connorsmithlaw.com |
| Ethan M. Sneed | esneed@connorsmithlaw.com |
| *Co-counsel for Union Carbide Corp.* | |
| | |
| William C. Anderson | |
| Linda C. Martin | wanderson@dsdsa.com |
| Michael S. Linscott | lmartin@dsdsa.com |
| Michael J. English | mlinscott@dsdsa.com |
| *Attorneys for Citigroup Inc.* | menglish@dsdsa.com |

                                                                        */s/Ethan M. Sneed*