**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| (1) FANSTEEL METALS, INC.,<br>F/K/A FMRI, INC.<br><br>Plaintiff,<br>vs.<br><br>(1) CITIGROUP, INC.; and<br>(2) UNION CARBIDE CORPORATION<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.6:22-cv-00366-JFH-GLJ |

**SUPPLEMENT TO FOURTEENTH JOINT STATUS REPORT**

The parties to this matter file this Supplement to the Fourteenth Joint Status Report, as anticipated in the earlier filed Fourteenth Joint Status Report [96], upon conferring with Plaintiff's counsel. Plaintiff Fansteel's counsel has confirmed that the Fourteenth Joint Status Report is acceptable to Plaintiff as filed. Accordingly, this Supplement is submitted for the Court's consideration.

Respectfully submitted,

**THE JUSTIS LAW FIRM LLC**

*/s/Gary D. Justis*
Gary D. Justis E.D. Okla. ID 56723CO
P.O. Box 3408
201 Elk Ave., Unit B
Crested Butte, CO 81224
Telephone: (970) 248-8360
Facsimile: (970) 248-8386
Email: gjustis@justislawfirm.com

ATTORNEYS FOR PLAINTIFF FANSTEEL METALS, INC. F/K/A FMRI, INC.

**DOERNER, SAUNDERS, DANIEL & ANDERSON, LLP**

*/s/ Michael S. Linscott*
William C. Anderson, OBA #292
Linda C. Martin, OBA #5732
Michael S. Linscott, OBA #17266
2 West Second St. Ste. 700
Tulsa, OK 74103
Telephone: (918) 582-1211
wanderson@dsdsa.com
lmartin@dsda.com
mlinscott@dsda.com

ATTORNEYS FOR CITIGROUP, INC.

**CONNOR SMITH, PLLP**

*/s/Ethan M. Sneed*
Ethan M. Sneed
12th Fl., Park Centre Bldg.
525 South Main Street
Tulsa, OK 74103
T: (918) 585-2394
esneed@connorsmithlaw.com

AND

**JOHNSON & BELL, LTD.**

*/s/Garrett L. Boehm, Jr.*
Garrett L. Boehm, Jr. (admitted pro hac vice)
Michael J. Linneman (admitted pro hac vice)
Daniel M. Yukich (admitted pro hac vice)
33 W. Monroe Street
Suite 2700
Chicago, Illinois 60603
(312) 372-0770
boehmg@jbltd.com
linnemanm@jbltd.com
yukichd@jbltd.com

ATTORNEYS FOR UNION CARBIDE CORPORATION

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2026, a copy of the foregoing Supplement to Fourteenth Joint Status Report was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's Electronic Case Filing System.

/s/ *Michael S. Linscott*
Michael S. Linscott