**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| (1) FANSTEEL METALS, INC., F/K/A FMRI, INC. | ) | |
| Plaintiff, | ) | |
| vs. | ) | Civil Action No.6:22-cv-00366-JFH-GLJ |
| (1) CITIGROUP, INC.; and (2) UNION CARBIDE CORPORATION | ) | |
| Defendants. | ) | |

## DEFENDANT CITIGROUP, INC.'S THIRTEENTH UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT [Dkt. 2]

**COMES NOW** Defendant Citigroup, Inc. ("Citigroup"), by and through its counsel of record, and, while reserving all defenses as stated in all previous status reports and extension requests and the Fourteenth Joint Status Report [Dkt. 96], respectfully requests an extension to February 16, 2027, of its time to answer or file other responsive pleading to Plaintiff's Complaint in this case.

1. The reasons for this request are stated in more detail in the Fourteenth Joint Status Report of the Parties filed on September 15, 2026, incorporated herein by reference. [Dkt. 96.]

2. The current deadline for Citigroup to Answer or otherwise respond to Plaintiff's Complaint is September 22, 2026. [Dkt. 93.]

3. Since the filing of the Thirteenth Joint Status Report, on July 6, 2026 [Dkt. 91], there has been progress regarding the Fansteel Site, which is at issue in this CERCLA action. As the Fourteenth Joint Status Report [Dkt. 96] more fully describes, Defendants understand from Plaintiff' counsel that EPA and DOJ Enforcement initially determined which Vendor Defendants (also, referred to as PRPs, potentially responsible parties) will be classified as *de*

*minimis* and non-*de minimis* for purposes of *de minimis* settlement offers issued by EPA to *de minimis* Vendor Defendants and potential general and/or special notice letters from EPA to non-*de minimis* Vendor Defendants, and Plaintiff has provided to the Defendants in this case a settlement agreement form dealing with past response costs. Since then, as disclosed in the June 2, 2026, Joint Status Report in the Companion Case that Fansteel and USEPA are entering into a "single settlement" model that could resolve claims against all of the *de minimis* defendants in that case as well as other *non de minimis* Defendants in that case that have volumetric shares of no less than 1% nor more than 4%, and provide certain information to the "participating defendants" toward that end, all of which could impact settlement in this case. If successful, the result of the "single settlement" plan would leave only one Defendant remaining in that case. This would definitely have an impact on this case going forward including settlement efforts of the claims in this case against Citigroup and Union Carbide Corporation ("UCC"). An extension would allow for that process to play out as it likely will impact settlement efforts in this case.

4. The Parties believe that it will be beneficial to continue informal document sharing, including the documentation from Fansteel noted in earlier Joint Status Reports, while awaiting final information from the U.S. EPA's third-party contractor on the RWM calculations. Due to timing of the issues noted in the Fourteenth Joint Status Report and previous status reports to the Court, evaluation of the previously presented, revised settlement agreement form, review of documentation provided and any other documents that may be subsequently provided, and because the Parties continue to await the final report of U.S. EPA's third-party contractor, Toeroek Associates, Inc. ("Toeroek") which we understand will include final calculations or its determination of the percentage of total alleged RWM volume at the Fansteel Site attributable to specific Defendants, and because this information is necessary before proceeding

with pleadings and discovery, this Defendant and the other Parties believe that the requested additional extension of time to answer or file a responsive pleading will save judicial resources, streamline this case, and may facilitate settlement discussions between the Parties. Thus, Citigroup submits that there is good cause for the requested extension of time stated in the Fourteenth Joint Status Report (September 15, 2026, Dkt. 96) for its new deadline to answer or to otherwise respond to Plaintiff's Complaint of February 16, 2027.

5. After the filing of the first Joint Status Report on April 3, 2023 [Dkt. 29], the Court entered a minute order [Dkt. 30] setting Citigroup's date to answer or otherwise respond on June 1, 2023. Subsequently, Citigroup filed its first unopposed motion for an extension of time on May 31, 2023 [Dkt. 32], for reasons set out in that motion and more fully in the Second Joint Status Report filed May 22, 2023 [Dkt. 31], which the Court granted in its Minute Order of June 1, 2023, making Citigroup's deadline to answer or otherwise respond September 1, 2023. [Dkt. 33.]

6. Citigroup filed a Second Unopposed Motion for Extension of Time to Answer or Otherwise Respond on or about August 22, 2023 [Dkt. 40], for the reasons stated therein and in the Third Joint Status Report filed on August 21, 2023 [Dkt. 37], which was granted on August 23, 2023, making Citigroup's deadline to answer or otherwise respond December 1, 2023. [Dkt. 41.]

7. Subsequently, Citigroup filed a Third Unopposed Motion for Extension of Time to Answer or Otherwise Respond on or about November 22, 2023 [Dkt. 44], which was granted on November 28, 2023, making Citigroup's deadline to answer or otherwise respond April 1, 2024. [Dkt. 45.]

8. Subsequently, Citigroup filed a Fourth Unopposed Motion for Extension of Time to Answer or Otherwise Respond on or about March 25, 2024 [Dkt. 51], which was granted on

March 25, 2024, making Citigroup's deadline to answer or otherwise respond July 1, 2024. [Dkt. 52.]

9. Subsequently, Citigroup filed a Fifth Unopposed Motion for Extension of Time to Answer or Otherwise Respond on or about June 24, 2024 [Dkt. 54], which was granted on June 24, 2024, making Citigroup's deadline to answer or otherwise respond September 3, 2024. [Dkt. 52.].

10. Subsequently, Citigroup filed a Sixth Unopposed Motion for Extension of Time to Answer or Otherwise Respond on or about August 23, 2024, [Dkt. 62], which was granted on August 26, 2024, making Citigroup's deadline to answer or otherwise respond January 6, 2025. [Dkt. 63].

11. For the reasons stated therein, Citigroup filed its Seventh Unopposed Motion for Extension of Time to Answer or Otherwise Respond on or about December 30, 2024, [Dkt. 67], which was granted on December 30, 2024, making Citigroup's deadline to answer or otherwise respond April 7, 2025. [Dkt. 68].

12. For the reasons stated therein, Citigroup filed its Unopposed Eighth Motion for Extension of Time to Answer or Otherwise Respond to the Complaint [Dkt. 72] which was granted, extending Citigroup's deadline to Answer or Otherwise Respond to Plaintiff's Complaint to July 7, 2025 [Dkt. 73].

13. For the reasons stated therein, Citigroup filed its Unopposed Ninth Motion for Extension of Time to Answer or Otherwise Respond to the Complaint [Dkt. 77] which was granted, extending Citigroup's deadline to Answer or Otherwise Respond to Plaintiff's Complaint to November 7, 2025 [Dkt. 78].

14. For the reasons stated therein, Citigroup filed its Unopposed Tenth Motion for Extension of Time to Answer or Otherwise Respond to the Complaint [Dkt. 82] which was granted, extending Citigroup's deadline to Answer or Otherwise Respond to Plaintiff's Complaint to March 9, 2026 [Dkt. 84].

15. For the reasons stated therein, Citigroup filed its Unopposed Eleventh Motion for Extension of Time to Answer or Otherwise Respond to the Complaint [Dkt. 87] which was granted, extending Citigroup's deadline to Answer or Otherwise Respond to Plaintiff's Complaint to July 13, 2026 [Dkt. 88].

16. For the reasons stated therein, Citigroup filed its Unopposed Twelfth Motion for Extension of Time to Answer or Otherwise Respond to the Complaint [Dkt. 92] which was granted, extending Citigroup's deadline to answer or otherwise respond to Plaintiff's Complaint to September 22, 2026 [Dkt. 93].

17. The requested extension in this Thirteenth Unopposed Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint to February 16, 2027, is supported as stated herein and in the Fourteenth Joint Status Report [Dkt. 96].

18. There is currently no scheduling order in this case, there is no trial setting, and the requested extension will not have any effect on any other deadlines.

19. Counsel for Plaintiff and counsel for Defendant Union Carbide Corporation each consent to and have no objection to Citigroup's additional requested extension of time to answer or otherwise respond to the Complaint.

20. A proposed Order will be submitted pursuant to the Local Rules.

**WHEREFORE, PREMISES CONSIDERED**, Defendant respectfully requests that the Court grant Defendant Citigroup an extension until February 16, 2027, to file its Answer or other responsive pleading.

Respectfully submitted,

*/s/Michael S. Linscott*

William C. Anderson, OBA No. 292
Linda C. Martin, OBA No. 5732
Michael S. Linscott, OBA No. 17266
DOERNER SAUNDERS DANIEL
& ANDERSON, L.L.P.
Two West Second Street
Tulsa, OK 74103-3522
Telephone: 918.591.5307
Facsimile: 918.925.5307
Email: wanderson@dsda.com
lmartin@dsda.com
mlinscott@dsda.com

and

Kaylee Davis-Maddy, OBA No. 31534
210 Park Avenue, Suite 1200
Oklahoma City, OK 73102
Telephone: 918.319.3513
Facsimile: 918.319.3524
Email: kmaddy@dsda.com

*Attorneys for Defendant Citigroup Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Gary D. Justis | gjustis@justislawfirm.com |
| Ethan M. Sneed | esneed@richardsconnor.com |
| Garrett L. Boehm, Jr | boehmg@jbltd.com |
| Michael J. Linneman | linnemanm@jbltd.com |
| Daniel M. Yukich | yukichd@jbltd.com |

*/s/Michael S. Linscott*